*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 10-80095-CR-HURLEY

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

v.

**BRAD DANIEL PUGLISI,**
      **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 58], dated December 17, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, January 20, 2015,** at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of December, 2014.

**copy furnished:**
AUSA William T. Zloch
Jason Kreiss, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge